UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| Libby C. Wilson, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:13-CV-84-PLR-CCS |
| | ) | |
| | ) | |
| Carolyn W. Colvin, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This motion for attorney fees, [Docket No. 20], is before the Court on the Report and Recommendation filed by United States Magistrate Judge, C. Clifford Shirley. [Docket No. 24]. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of this matter, the Court is in agreement with the Magistrate Judge's conclusion that the plaintiff's motion for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, be granted, and the plaintiff be awarded attorney fees of $2,783.90. Accordingly, under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b), the Court **ACCEPTS IN WHOLE** the Report and Recommendation. The Court adopts and incorporates the Report and Recommendations into its ruling, and, for the reasons stated therein, the plaintiff's motion for attorney fees, [Docket No. 20], is **GRANTED**. The plaintiff is awarded attorney fees of $2,783.90.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**